IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



| | | |
|---|---|---|
| IN RE THE PASSPORTS LOCATED | ) | |
| IN THE OMAHA VAULT | ) | ORDER |

The Pretrial Services Office for the District of Nebraska has agreed to accept custody of all passports confiscated or retained by order of the court.

Therefore, IT IS ORDERED that:

All passports currently in the possession of the Clerk's Office should be transferred to the Pretrial Services Office.

IT IS FURTHER ORDERED that this order shall be docketed in the following cases:

| Case | Title |
|---|---|
| 8:79CR08 | USA v. William Carl Larmon |
| 8:79CR2449 | USA v. Jay Emmett Callinan, Jr. |
| 8:79CR111 | USA v. Cenon Ortiz |
| 8:79CR111 | USA v. Pratt D. Calmes |
| 8:79CR111 | USA v. William Marvin Nielsen |
| 8:79CR111 | USA v. Kenneth Duane Lucht |
| 8:85CR20 | USA v. Phillip Gary Williams |
| 8:88CR34 | USA v. Timothy Allen Lohmeier |
| 8:89CR75 | USA v. Earl Thomas Harvey |
| 8:89CR75 | USA v. Mary Jane Harvey |
| 8:89CR130 | USA v. Otey Lewis Dyke, Jr. |
| 8:06CR138 | USA v. Keith E. Norby |

DATED the 18th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: PASSPORTS LOCATED IN THE OMAHA VAULT RECEIPT

| Case Number | Case Name |
|---|---|
| 8:79CR08 | USA v. William Carl Larmon |
| 8:79CR49 | USA v. Jay Emmett Callinan, Jr. |
| 8:79CR111 | USA v. Cenon Ortiz |
| 8:79CR111 | USA v. Pratt D. Calmes |
| 8:79CR111 | USA v. William Marvin Nielsen |
| 8:79CR111 | USA v. Kenneth Duane Lucht |
| 8:85CR20 | USA v. Phillip Gary Williams |
| 8:88CR34 | USA v. Timothy Allen Lohmeier |
| 8:89CR75 | USA v. Earl Thomas Harvey |
| 8:89CR75 | USA v. Mary Jane Harvey |
| 8:89CR130 | USA v. Otey Lewis Dyke, Jr. |
| 8:06CR138 | USA v. Keith E. Norby |
| 80-O-79 | USA v Oscar Ricardo Lozano |

Passport for the above cases have been received by the office of Pretrial Services for the District of Nebraska.

Dated this 23rd day of December, 2010

_____
U.S. Pretrial Services Officer